**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose CORTES–PACHECO,**
**Defendant–Appellant.**

**No. 09–10757**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 14, 2009.

Maria Guzman, Tampa, FL, for Defendant–Appellant.

Yvette Rhodes, David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Jose Cortes–Pacheco appeals his sentence to 20 months of imprisonment following his plea of guilty to reentering the United States illegally after three previous deportations. Cortes–Pacheco argues that his sentence is unreasonable. We affirm.

The district court did not abuse its discretion by imposing a sentence above the guideline range. The district court correctly calculated the advisory guideline range of zero to six months of imprisonment and found that a sentence within that range would be "ineffective" based on Cortes–Pacheco's "repeated and apparently inexcusable repetitive reentries into this country[.]" The district court considered the sentencing factors and found that a variance above the guideline range was necessary to address Cortes–Pacheco's recidivism and deter him and "those similarly situated that this sort of repetitious and reckless behavior and defiance of established law [was] unacceptable." The statutory maximum sentence of imprisonment for illegal reentry is two years. 8 U.S.C. § 1326(a). Cortes–Pacheco's sentence of 20 months of imprisonment is reasonable.

Cortes–Pacheco's sentence is **AFFIRMED.**